Form 182 – ntchrgpay

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17–17840–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scarlett Blough
   3071 Mays Landing Road
   Millville, NJ 08332

Social Security No.:
   xxx–xx–4763

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:        May 23, 2017        10:00 AM

at: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

The amount of the unpaid filing fee is:

$85.00 First Installment Payment

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or electronic payment by efiling attorneys. No personal checks or cash will be accepted.


Dated: May 9, 2017
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk