# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                      Case No.: 17–17840–JNP
                      Chapter: 7
                      Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Scarlett Blough
    3071 Mays Landing Road
    Millville, NJ 08332

Social Security No.:
    xxx–xx–4763

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:        June 13, 2017        10:00 AM

at: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

The amount of the unpaid filing fee is:

$85.00 Second Installment Payment

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or electronic payment by efiling attorneys. No personal checks or cash will be accepted.


Dated: May 24, 2017
JAN: eag

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Scarlett Blough
       Debtor

Case No. 17-17840-JNP
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 | Date Rcvd: May 24, 2017 |
| | Form ID: 182 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2017.
db     +Scarlett Blough,   3071 Mays Landing Road,   Millville, NJ 08332-1020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2017 at the address(es) listed below:
      Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee forThe Certificateholders of the First Franklin Morrtgage Loan Trust 2006-FF16, Asset-Backed Certificates, Series 2006-FF16 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Joseph Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                          TOTAL: 3