Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–17840–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scarlett Blough
   3071 Mays Landing Road
   Millville, NJ 08332

Social Security No.:
   xxx–xx–4763

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/1/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 1, 2017
JAN: cmf

                                                                                                                              Jeanne Naughton
                                                                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Scarlett Blough  
    Debtor

Case No. 17-17840-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 01, 2017  
                   Form ID: 148     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2017.
```
db              +Scarlett Blough,    3071 Mays Landing Road,    Millville, NJ 08332-1020
516773209       +CAPITAL ONE,    PO BOX 71087,    CHARLOTTE , NC 28272-1087
516773211       +COLLECTION BUREAU OF AME,    25954 EDEN LANDING ROAD 1ST FLOOR,    HAYWARD , CA 94545-3837
516773213        CREDIT ONE BANK,    PO BOX,    LAS VEGAS, NV 89193
516773215       +Deutsche Nat'l Bank,    3071 Mays Landing Road,    Millville, NJ 08332-1020
516773220        SPECIALIZED LOAN SERVICES,    8742 Lucent Blvd Ste 300,    Hghlnds Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QJDMARCHAND.COM Jun 01 2017 22:33:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 01 2017 22:54:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 01 2017 22:54:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516773212        EDI: WFNNB.COM Jun 01 2017 22:33:00      COMENITY BANK,   Po Box 182789,
                 Columbus, OH 43218-2789
516773214        E-mail/Text: bankruptcy@cunj.org Jun 01 2017 22:54:42      CREDIT UNION OF NEW JERSEY,
                 1035 Parkway Ave,    Ewing, NJ 08618-2309
516773210       +EDI: CAPONEAUTO.COM Jun 01 2017 22:33:00      Capital One Auto Finance,    PO Box 60511,
                 City of Industry, CA 91716-0511
516773216       +EDI: RMSC.COM Jun 01 2017 22:33:00      DICKS SPORTING GOODS,    PO BOX,
                 ORLANDO , FL 32896-0001
516773217       +E-mail/Text: bankruptcygpl@greatplainslending.com Jun 01 2017 22:55:19      GREAT PLAINS LENDING,
                 112 Paradise Dr B,    Red Rock, OK 74651-2203
516773219       +EDI: CBSKOHLS.COM Jun 01 2017 22:33:00      KOHLS,    Po Box 2983,    Milwaukee, WI 53201-2983
516775114       +EDI: RMSC.COM Jun 01 2017 22:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516773218        IRS
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               forThe Certificateholders of the First Franklin Morrtgage Loan Trust 2006-FF16, Asset-Backed
               Certificates, Series 2006-FF16 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3
```